# PILLINGER MILLER TARALLO, LLP
## ATTORNEYS AT LAW

**Reply To:**    570 Taxter Road, Suite 275, Elmsford, NY 10523 Tel: (914) 703-6300 Fax: (914) 703-6688
" 17 State Street, 7th Floor, New York, NY 10004  Tel: (212) 461-6115 Fax: (212) 461-6116
" 126 N. Salina Street, Suite 215, Syracuse, NY 13202  Tel: (315) 471-6166  Fax: (315) 295-2575
" 1880 JFK Blvd., Suite 1803, Philadelphia, PA 19103 Tel: (215) 789-6235 Fax: (215) 789-6236
" 95 Mt. Bethel Road, Warren, NJ 07059 Tel: (908) 941-1771 Fax: (908) 941-1785

_____

Website: www.pmtlawfirm.com

June 8, 2018

<u>VIA ECF</u>
Judge Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers 1217
Brooklyn, New York 11201

      Re: Century Surety Insurance Company v. Mission Design & Management, Inc. et al.
         No.             :    16-cv-2075-SMG
         PMT Client  :    Bowery at Spring Partner, LP
         PMT File     :    USC-00281.2/DOD

Your Honor::

      Pillinger Miller Tarallo, LLP represents Defendant Bowery at Spring Partner, LP (hereinafter "Bowery") in the captioned matter. This letter is written to inform the Court that Bowery no longer intends to oppose plaintiff Century Surety Insurance Company's motion for summary judgment.

               Respectfully submitted,

               PILLINGER MILLER TARALLO, LLP

               By:_____
                  DANIEL DIETCHWEILER (DOD7032)

cc: All counsel (via ECF)