

655 Third Avenue
New York, NY 10017
P 212.490.2020
F 212.490.2990

399 Knollwood Road
White Plains, NY 10603
P 914.684.2100
F 914.684.9865

www.littmankrooks.com

300 Westage Business Center Drive
Fishkill, NY 12524
P 845.896.1106
F 845.896.1107

*Of Counsel*
Solkoff Legal
2605 West Atlantic Avenue
Delray Beach, FL 33445
P 561.733.4242
F 561.733.4232

*Of Counsel*
Law Offices of Barry M. Bordetsky
22 N. Park Place, 2nd Floor
Morristown, New Jersey 07960
P 973.998.6596
F 973.998.6598
barry@bordetskylaw.com

June 11, 2018

**By ECF**

Honorable Nicholas G. Garaufis
United States District Court
  For the Eastern District of New York
225 Cadman Plaza East, Chambers 1217
Brooklyn, New York 11201

>Re:   Century Surety Company v. Mission Design & Management, Inc. et al.
>      <u>CV 16-2075 (NGG)(SMG)</u>

Dear Judge Garaufis:

This office represents defendants Bakers Dozen Partners LLC ("Bakers Dozen") and EMM Group Holdings LLC ("EMM") in the above captioned matter. This letter is to inform the Court that Bakers Dozen and EMM no longer oppose plaintiff Century Surety Insurance Company's motion for summary judgment.

>Respectfully Submitted,
>
>**Littman Krooks LLP**
>
>
>By: <u>/s/ Barry M. Bordetsky</u>
>      Barry M. Bordetsky, Of Counsel

C:   All Counsel (via ECF)