UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CENTURY SURETY COMPANY,

        Plaintiff,

vs.

MISSION DESIGN & MANAGEMENT, INC.,
THE WALSH COMPANY, LLC, BAKERS
DOZEN PARTNERS LLC,
EMM GROUP HOLDINGS LLC, BOWERY
AT SPRING PARTNERS, LP, JUAN MAURISACA and
JAIME GUICHAY GUERRERO,

        Defendants.

Case No. 1:16-cv-02075

---

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| **MOVING PARTY:** | Plaintiff, Century Surety Company. |
| **RELIEF SOUGHT:** | Summary Judgment pursuant to Rule 56. |
| **SUPPORTING PAPERS:** | Affidavit of Keri Yaeger, sworn to April 20, 2018, with exhibits; Declaration of Dan D. Kohane dated April 20, 2018, with exhibits; Rule 56.1 Statement; and Memorandum of Law. |
| **RESPONDING PAPERS:** | Pursuant to the Local Rules and/or this Court's expressed preferences. |
| **REPLY PAPERS:** | Century intends to file and serve reply papers. |

DATED:    Buffalo, New York
             April 20, 2018

Respectfully submitted,

HURWITZ & FINE, P.C.

By: /s/ Dan D. Kohane
Dan D. Kohane, Esq.
*Attorneys for Plaintiff, Century Surety Company*
1300 Liberty Building
Buffalo, New York 14202
(716) 849-8900